# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (VI) | MDL No. 875 |
| TERRY & JO ANN CARDARO, Plaintiffs, v. AEROJET GENERAL CORP., et al., Defendants. | CIVIL ACTION No. 11-66763 |

## O R D E R

**AND NOW**, this 29th day of January, 2013, upon consideration of the Motion for Summary Judgment (Doc. No. 54) filed by Defendant, General Electric Company against Plaintiffs, Terry and Jo Ann Cardaro ("Plaintiffs"), the Plaintiffs' Response in Opposition and the Defendant's Reply to the Response in Opposition, it is hereby **ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ Robert F. Kelly
ROBERT F. KELLY
SENIOR JUDGE